**NYKO TECHNOLOGIES, INC.,**
a California corporation,
Plaintiff–Appellant,

v.

**ENERGIZER HOLDINGS, INC., a Missouri corporation, Eveready Battery Company, Inc., a Delaware corporation, and Performance Designed Products LLC, a California limited liability company, Defendants–Appellees.**

No. 2014–1085.

United States Court of Appeals,
Federal Circuit.

Jan. 12, 2015.

Art Hasan, Christie, Parker & Hale, LLP, of Glendale, CA, argued for plaintiff-appellant. With him on the brief were G. Warren Bleeker and Katherine L. Quigley.

Steven M. Hanle, Sheppard, Mullin Richter & Hampton LLP, of Costa Mesa, CA, argued for defendants-appellees. With him on the brief were Graham M. Buccigross, Matthew M. Mueller, and Daniel N. Yannuzzi, of San Diego, CA.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**